# Steve Zissou & Associates
## Attorneys at Law
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Office (718) 279-4500                                    Email: stevezissou@verizon.net
Facsimile (718) 281-0850


Honorable John F. Keenan
United States District Judge                             June 28, 2017
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. George Iosifidis
13-cr-00170-JFK

Dear Judge Keenan:

This letter is written seeking modification of Mr. Iosifidis' supervised release conditions. Specifically, it is requested that Mr. Iosifidis be permitted to travel to Greece. The purpose of the trip is to attend a wedding and visit his elderly grandfather. The proposed modification would permit Mr. Iosifidis to leave Connecticut on Friday, July 14, 2017 and return on Friday, August 18th 2017.

In ruling on the within application, the Court may wish to consider to following: Mr. Iosifidis was released from a residential reentry center on March 17, 2017 and has adjusted to the conditions placed upon him by Probation without incident.

Prior to making this application, my office spoke with Assistant United States Attorney Joshua Naftalis and Probation Officer Joseph Zampano.  There is no objection to this application.

 I thank Your Honor for his continued consideration.

Respectfully submitted;

Steve Zissou

Steve Zissou


cc: Joshua Naftalis, AUSA – Via Electronic Mail
    Joseph Zampano, PTS Officer – Via Electronic Mail